UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

JILL DIAMOND,

      Plaintiff,

v.                                                     Case No. : _____

HOSPICE OF FLORIDA KEYS, INC.
d/b/a VISITING NURSE ASSOCIATION
OF THE FLORIDA KEYS,

      Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Hospice of Florida Keys, Inc. d/b/a Visiting Nurse Association of the Florida Keys ("Hospice"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes this action from the Circuit Court for the Sixteenth Judicial Circuit in and for Monroe County, Florida, to the United States District Court for the Southern District of Florida, Key West Division, and in support of such removal states:

1.      Hospice is the sole Defendant in this civil action filed in the Sixteenth Judicial Circuit in and for Monroe County, on or about November 21, 2014, titled *Jill Diamond v. Hospice of Florida Keys, Inc. d/b/a Visiting Nurse Association of the Florida Keys*, Case No. 2014-CA-1058-K (hereinafter, "the State Court Action").

2.      Plaintiff's Complaint alleges violations of the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.* ("FMLA"). Because Plaintiff is asserting claims under federal statutes, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

3. The Summons and Complaint in the State Court Action were served upon Hospice via process server on January 5, 2015. (*See* Summons and Complaint attached hereto as *Exhibit A.*) This removal petition is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

4. The events alleged by Plaintiff giving rise to this claim occurred in Monroe County, Florida. *See* Plaintiff's Complaint. Thus, venue properly lies in the United States District Court for the Southern District of Florida, Key West Division.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant, including any other documents in the State Court docket, are attached hereto as composite *Exhibit A*.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the Sixteenth Judicial Circuit in and for Monroe County, Florida, a copy of which is attached hereto as *Exhibit B*.

**Federal Question Jurisdiction**

7. This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges violations of rights under the FMLA, 29 U.S.C. § 2601, *et seq.*

8. Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, on the basis of the foregoing, Defendant Hospice of Florida Keys, Inc. d/b/a Visiting Nurse Association of the Florida Keys respectfully removes this action from the Circuit Court of the Sixteenth Judicial Circuit in and for Monroe County, Florida to this Court.

Dated this 4th day of February, 2015.

> Respectfully submitted,
>
> By: s/ Rey Velazquez
> Rey Velazquez
> Florida Bar No. 0069779
> rvelazquez@fordharrison.com
> FordHarrison, LLP
> 100 SE 2nd Street, Suite 2150
> Miami, Florida 33131
> Telephone 305-808-2100
> Facsimile 305-808-2101
>
> Attorneys for Defendant Hospice of Florida Keys, Inc. d/b/a Visiting Nurse Association of the Florida Keys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2015, a true and correct copy of Defendant's Notice of Removal was served via e-mail and U.S. First Class Mail upon:

> Christopher D. Gray
> cdg@florinroebig.com
> Wolfgang M. Florin
> wmf@florinroebig.com
> Rachael L. Wood
> rwood@florinroebig.com
> Florin Roebig, P.A.
> 777 Alderman Road
> Palm Harbor, FL 34683
> 727-786-5000
> Attorneys for Plaintiff
>
> s/ Rey Velazquez
> Attorney for Defendant

WSACTIVELLP:7301160.1