UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-10007-JLK

JILL DIAMOND,

    Plaintiff,

v.

HOSPICE OF FLORIDA KEYS, INC.,
d/b/a VISITING NURSE ASSOCIATION
OF THE FLORIDA KEYS,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' *Joint Stipulation of Dismissal with Prejudice* and for good cause shown, it is

ORDERED and ADJUDGED as follows:

Plaintiff's Complaint is hereby DISMISSED with prejudice with each party to bear their own legal fees and costs.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 23rd day of May, 2017.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
U. S. DISTRICT COURT JUDGE

Copies Furnished to:
All Counsel of Record